UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 01930
  SCOTT W MILLER
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
     Debtor
  SSN XXX-XX-9993
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/06/07 and confirmed on 05/29/07.

   2.  The case was dismissed after confirmation, 10/18/2007.

   3.  The Debtor paid a total of $    350.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 27045.33 | .00 | .00 |
| LAURA MILLER | CHILD SUPPORT | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 2743.54 | .00 | 100.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 934.16 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 17516.87 | .00 | .00 |
| COMED | UNSECURED | 600.23 | .00 | .00 |
| DIRECTV/PRIMESTAR | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | 15.00 | .00 | .00 |
| AURORA EARTHMOVER CU | UNSECURED | 983.99 | .00 | .00 |
| NICOR GAS | UNSECURED | 679.21 | .00 | .00 |

     Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 29788.87 | .00 | 20729.46 | .00 | 50518.33 |
| PRINCIPAL PAID | 100.00 | .00 | .00 | .00 | 100.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 100.00 | .00 | .00 | .00 | 100.00 |

The Debtor's attorney, RUDDY MILROY & KING         , was allowed $   2500.00
and was paid $     240.91 .

The Trustee received $      9.09 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 01/17/08                        /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE
```